**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JOSE F. ABARCA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ADOLFO F. ABARCA, et al., ) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.-S-08-00397---LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 13, 2009 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and defendant ADOLFO F. ABARCA, by his attorney Mr. Hayes Gable and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday, November 4, 2008, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, January 13, 2009, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, January 13, 2009.

1

The defendants are in custody. There is no trial date set.

The Court has previously made a finding that this case, from the record made with factual support, should have time excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 10)

## PROCEDURAL STATUS OF THE CASE

The government filed a complaint on August 22, 2008. (See Docket Entry #1). Both defendants were ordered detained. (See Docket Entries #3 and 4).

The government filed an indictment on August 28, 2008. (See Docket Entry # 6). The defendants were arraigned on the indictment on September 5, 2008. (See Docket Entry # 9). The Court excluded time under the Speedy Trial Act under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 9).

The defendants made their first appearance in District Court on September 16, 2008. (See Docket Entry # 10). The Court set a further status conference for November 4, 2008. (See Docket Entry # 10). The Court excluded time under the Speedy Trial Act under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 10)

The Court signed an Order substituting new counsel into the case for defendant Adolfo F. Abarca, on October 3, 2008. (See Docket Entry # 15).

## STATUS OF DISCOVERY IN THE CASE

The government has provided discovery in this case which the defense is in the process of reviewing. Investigation is ongoing by the defense.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Tuesday, January 13, 2009, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Jason Hitt  by telephone  authorization

DATED: 11-3-08    _____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 11-3-08

/s/Hayes Gable  by e mail  authorization
_____
Matthew C. Bockmon
Attorney for Defendant
Adolfo F. Abarca

DATED: 11-3-08    /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Jose F. Abarca

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 3, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT