LAWRENCE G. BROWN
Acting United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-08-0397 LKK |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE EXCLUDING TIME |
| v. | |
| ADOLFO FLORES ABARCA, and JOSE FLORES ABARCA, | |
| Defendants. | |

This matter came on for a status conference on January 13, 2009, at 9:15 a.m.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and appointed counsel Hayes H. Gable, Esq., appeared on behalf of defendant Adolfo ABARCA and appointed counsel James R. Greiner, Esq., appeared on behalf of defendant Jose ABARCA.  Both defendants were present in custody and both were assisted by a Spanish-language interpreter.

Counsel for both defendants indicated that additional time was needed to pursue resolution of the case against their clients.  In addition, counsel for the government represented that plea offers had been tendered recently to both defendants.  As a result, the parties agreed that a further status would be appropriate and that time should be excluded under the Speedy Trial Act because the ends

1  of justice are served by the Court excluding such time, and agreed
2  that the interests of justice served by granting this continuance
3  outweigh the best interests of the public and the defendant in a
4  speedy trial so that counsel for the defendant may have reasonable
5  time necessary for effective defense in this case, taking into
6  account the exercise of due diligence the in the interests of
7  justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.
8       Therefore, based upon the representations of the parties at the
9  January 13, 2009 status conference, IT IS HEREBY ORDERED that:
10      (1)  A further status conference in this case is set for March
11 17, 2009, at 9:15 a.m.; and
12      (2)  Time is excluded under the Speedy Trial Act up to, and
13 including, March 17, 2009, at 9:15 a.m. because the interests of
14 justice are served by granting this continuance and outweigh the
15 best interests of the public and the defendant in a speedy trial
16 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

DATED: February 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT