**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JOSE F. ABARCA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-00397---LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO NOVEMBER 3, 2009 |
| ) | |
| ADOLFO F. ABARCA, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and defendant ADOLFO F. ABARCA, by his attorney Mr. Hayes Gable and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday, September 22, 2009, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, November 3, 2009, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, November 3, 2009.

The defendants are in custody. There is no trial date set.

The Court has previously made a finding that this case, from the record made with factual support, should have time excluded under local code T-4, that time is to be excluded for the

1

reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 9, 10, 17, 20, 21, 23 and 25)

### PROCEDURAL STATUS OF THE CASE

The government filed a complaint on August 22, 2008. (See Docket Entry #1). Both defendants were ordered detained. (See Docket Entries #3 and 4).

The government filed an indictment on August 28, 2008. (See Docket Entry # 6). The defendants were arraigned on the indictment on September 5, 2008. (See Docket Entry # 9). The Court excluded time under the Speedy Trial Act under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 9).

The defendants made their first appearance in District Court on September 16, 2008. (See Docket Entry # 10). The Court set a further status conference for November 4, 2008. (See Docket Entry # 10). The Court excluded time under the Speedy Trial Act under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 10)

The Court signed an Order substituting new counsel into the case for defendant Adolfo F. Abarca, on October 3, 2008. (See Docket Entry # 15).

On November 4, 2008, the Court signed an Order continuing the Status Conference to January 13, 2009, excluding time under the Speedy Trial Act pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4 (time for adequate counsel preparation). (See Docket Entry # 17)

On January 13, 2009, a status conference was held before the Court with all counsel and defendants present. (See Docket Entry # 20) The Court signed an Order following the Status conference excluding time under the Speedy Trial Act pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4, to Tuesday, March 17, 2009. (See Docket Entries #s 19, 20 and 21)

On March 13, 2009, the Court signed an Order continuing the Status Conference to June 2,

2009, excluding time under the Speedy Trial Act pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4 (time for adequate counsel preparation). (See Docket Entry # 23)

On June 8, 2009, the Court signed an Order continuing the Status Conference to June 2, 2009, excluding time under the Speedy Trial Act pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4 (time for adequate counsel preparation). (See Docket Entry # 25)

As of the Status conference in January, 2009, the government had just recently tendered to both defendants potential plea agreements. The defendants have been reviewing the government's plea offers, reviewing and researching the advisory Sentencing guidelines and doing investigation in the case. All parties agree additional time is needed and that the ends of justice will be served, by granting this continuance to allow further good faith negotiations between all parties in an attempt to resolve this matter short of trial (which would be a cost savings both to the government and the Court) and could be in the best interests of the defendants. All parties agree that excluding time under the Speedy Trial Act is appropriate and the ends of justice are served by the Court excluding time, and all parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendants may have reasonable time necessary for effective defense in this case, taking into account the exercise of due diligence and pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4.

The defendants' potentially face a sentence close to 20 years in federal prison, or more, based upon the Indictment and potentially the Advisory Sentencing Guidelines. This requires further investigation and discussion with the client's along with further investigation of the facts of the case in order for the defendants to make a knowing and intelligent decision in the case.

**STATUS OF DISCOVERY IN THE CASE**

The government has provided discovery in this case which the defense is in the process of reviewing. Investigation is ongoing by the defense.

3

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Tuesday, November 3, 2009, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

                                           Respectfully submitted,

                                           LAWRENCE G. BROWN
                                           ACTING UNITED STATES ATTORNEY

                                           /s/ Jason Hitt  by telephone  authorization

DATED: 9-18-09                          _____
                                           Jason Hitt
                                           ASSISTANT UNITED STATES ATTORNEYS
                                           ATTORNEY FOR THE PLAINTIFF

DATED: 9-18-09

                                           /s/Hayes Gable  by in person  authorization
                                           _____
                                           Hayes Gable
                                           Attorney for Defendant
                                           Adolfo F. Abarca

DATED: 9-18-09                          /s/ James R. Greiner
                                           _____
                                           James R. Greiner
                                           Attorney for Defendant
                                           Jose F. Abarca

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 22, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4