1   **JAMES R. GREINER, ESQ.**
    CALIFORNIA STATE BAR NUMBER 123357
2   **LAW OFFICES OF JAMES R. GREINER**
    555 UNIVERSITY AVENUE, SUITE 290
3   SACRAMENTO, CALIFORNIA 95825
    TELEPHONE: (916) 649-2006
4   FAX: (916) 920-7951
    E MAIL: jaygreiner@midtown.net
5
    ATTORNEY FOR DEFENDANT
6   JOSE F. ABARCA

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,          )      CR.-S-08-00397---LKK
11                                     )
              PLAINTIFF,               )      STIPULATION AND ORDER
12                                     )      TO CONTINUE STATUS CONFERENCE
       v.                              )      TO DECEMBER 8, 2009
13                                     )
    ADOLFO  F. ABARCA, et al.,         )
14                                     )
                                       )
15            DEFENDANTS.              )
    _____   )
16
                        **PARTIES TO THE LITIGATION**
17

18         Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

19   Jason Hitt,  and defendant ADOLFO F. ABARCA,  by his attorney Mr. Hayes Gable and defendant

20   JOSE F. ABARCA,  by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status

21   conference calendared for **Tuesday, November 3,  2009,  at 9:15 a.m.** before the Honorable Senior

22   United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, December**

23   **8,  2009,  at 9:15 a.m..**

24         The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's

25   calendar was available for that date and the Court is available on Tuesday, December 8, 2009.

26

27         The defendants are in custody. There is no trial date set.

28
                                        1

The Court has previously made a finding that this case, from the record made with factual support, should have time excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 9, 10, 17, 20, 21, 23, 25 and 27)

**PROCEDURAL STATUS OF THE CASE**

The defendants have been reviewing the government's plea offers, reviewing and researching the advisory Sentencing guidelines and doing investigation in the case. All parties agree additional time is needed and that the ends of justice will be served, by granting this continuance to allow further good faith negotiations between all parties in an attempt to resolve this matter short of trial (which would be a cost savings both to the government and the Court) and could be in the best interests of the defendants. All parties agree that excluding time under the Speedy Trial Act is appropriate and the ends of justice are served by the Court excluding time, and all parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendants may have reasonable time necessary for effective defense in this case, taking into account the exercise of due diligence and pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4.

The defendants' potentially face a sentence close to 20 years in federal prison, or more, based upon the Indictment and potentially the Advisory Sentencing Guidelines. This requires further investigation and discussion with the client's along with further investigation of the facts of the case in order for the defendants to make a knowing and intelligent decision in the case.

**STATUS OF DISCOVERY IN THE CASE**

The government has provided discovery in this case which the defense is in the process of reviewing. Investigation is ongoing by the defense.

**EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **from November 3, 2009 to up to and including Tuesday, December 8, 2009, under** the

2

1    Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18

2    U.S.C. section 3161(h)(8)(B)(iv). All parties agree that excluding time under the Speedy Trial Act is

3    appropriate and the ends of justice are served by the Court excluding time, and all parties agree that

4    the interests of justice served by granting this continuance outweigh the best interests of the public

5    and the defendant in a speedy trial so that counsel for the defendants may have reasonable time

6    necessary for effective defense in this case, taking into account the exercise of due diligence and

7    pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4.

8                          Respectfully submitted,

9                          LAWRENCE G. BROWN
                           ACTING UNITED STATES ATTORNEY

10

11 DATED: 10-29-09           /s/ Jason Hitt  by e mail  authorization
                           Jason Hitt
                           ASSISTANT UNITED STATES ATTORNEYS

12                          ATTORNEY FOR THE PLAINTIFF

13

14 DATED: 10-29-09           /s/Hayes Gable  by e mail  authorization
                           Hayes Gable
                           Attorney for Defendant Adolfo F. Abarca

15

16 DATED: 10-29-09           /s/ James R. Greiner
                           James R. Greiner

17                          Attorney for Defendant Jose F. Abarca

18

19

20                                    **ORDER**

21

22        **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

23

24 DATED: October 30, 2009

25                                    LAWRENCE K. KARLTON

26                                    SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

27

28