1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  JOSE F. ABARCA

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,       )   CR.-S-08-00397---LKK
11                                  )
           PLAINTIFF,                )   STIPULATION AND ORDER
12                                  )   TO CONTINUE STATUS CONFERENCE
       v.                            )   TO FEBRUARY 9, 2010
13                                  )
    ADOLFO F. ABARCA, et al.,       )
14                                  )
                                    )
15         DEFENDANTS.              )
    _____ )
16
                 **PARTIES TO THE LITIGATION**
17

18      Plaintiff United States of America, by its counsel, Assistant United States

19 Attorney, Mr. Jason Hitt, and defendant ADOLFO F. ABARCA, by his attorney Mr.

20 Hayes Gable and defendant JOSE F. ABARCA, by his attorney Mr. James R.

21 Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday,**

22 **December 8, 2009, at 9:15 a.m.** before the Honorable Senior United States District

23 Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, February 9, 2010,**

24 **at 9:15 a.m..**

25      The Court's courtroom deputy, Ms. Monica Narcisse has been contacted to

26 ensure the Court's calendar was available for that date and the Court is available on

27 Tuesday, February 9, 2010.

28
                                    1

1    The defendants are in custody. There is no trial date set.

2    The Court has previously made a finding that this case, from the record made
3    with factual support, should have time excluded under local code T-4, that time is to
4    be excluded for the reasonable time necessary for effective preparation by defense
5    counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. (See
6    Docket Entry # 9, 10, 17, 20, 21, 23, 25, 27 and 29)

## PROCEDURAL STATUS OF THE CASE

8    The defendants have been reviewing the government's plea offers, reviewing
9    and researching the advisory Sentencing guidelines and doing investigation in the
10   case. All parties agree additional time is needed and that the ends of justice will be
11   served, by granting this continuance to allow further good faith negotiations between
12   all parties in an attempt to resolve this matter short of trial (which would be a cost
13   savings both to the government and the Court) and could be in the best interests of the
14   defendants. All parties agree that excluding time under the Speedy Trial Act is
15   appropriate and the ends of justice are served by the Court excluding time, and all
16   parties agree that the interests of justice served by granting this continuance outweigh
17   the best interests of the public and the defendant in a speedy trial so that counsel for
18   the defendants may have reasonable time necessary for effective defense in this case,
19   taking into account the exercise of due diligence and pursuant to Title 18 U.S.C.
20   section 3161(h)(8)(B)(iv) and local code T-4.

21   The defendants' potentially face a sentence close to 20 years in federal prison,
22   or more, based upon the Indictment and potentially the Advisory Sentencing
23   Guidelines. This requires further investigation and discussion with the client's along
24   with further investigation of the facts of the case in order for the defendants to make a
25   knowing and intelligent decision in the case.

26   In addition, the defense is in the process of obtaining records which will
27   materially aid in the discussions with the government about potential resolution in this

28

2

case. The additional time is needed to ensure that these documents are obtained by the defense, reviewed, forwarded to the government and then continue the good faith negotiations with the government regarding resolution of this case.

### STATUS OF DISCOVERY IN THE CASE

The government has provided discovery in this case which the defense is in the process of reviewing. Investigation is ongoing by the defense.

### EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **from December 8, 2009 to up to and including Tuesday, February 9, 2010,  under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv). All parties agree that excluding time under the Speedy Trial Act is appropriate and the ends of justice are served by the Court excluding time, and all parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendants may have reasonable time necessary for effective defense in this case, taking into account the exercise of due diligence and pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv) and local code T-4.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 12-3-09

/s/ Jason Hitt  by telephone  authorization
_____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 12-3-09

/s/Hayes Gable  by e mail  authorization
_____
Hayes Gable
Attorney for Defendant Adolfo F. Abarca

DATED: 12-3-09        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Jose F. Abarca

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: December 3, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4