BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-0397 LKK |
| Plaintiff, ) | ORDER FOLLOWING STATUS CONFERENCE EXCLUDING TIME |
| v. ) | |
| ADOLFO FLORES ABARCA, and ) JOSE FLORES ABARCA, ) | |
| Defendants. ) | |

This matter came on for a status conference on February 9, 2010, at 9:15 a.m.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and appointed counsel Hayes H. Gable, Esq., appeared on behalf of defendant Adolfo ABARCA and appointed counsel James R. Greiner, Esq., appeared on behalf of defendant Jose ABARCA.  Both defendants were present in custody and both were assisted by a Spanish-language interpreter.

Counsel for both defendants indicated that additional time was needed to pursue resolution of the case against their clients.  Counsel for the government agreed that additional time to resolve the case was needed.  As a result, the parties agreed that a further status would be appropriate and that time should be excluded under the Speedy Trial Act because the ends of justice are served by the

1

Court excluding such time, and agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendant may have reasonable time necessary for effective defense in this case, taking into account the exercise of due diligence the in the interests of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

   Therefore, based upon the representations of the parties at the February 9, 2010 status conference, IT IS HEREBY ORDERED that:

   (1)  A further status conference in this case is set for April 20, 2010, at 9:15 a.m.; and

   (2)  Time is excluded under the Speedy Trial Act up to, and including, April 20, 2010, at 9:15 a.m. because the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: February 12, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT