1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JOSE F. ABARCA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-00397---LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO JULY 20, 2010 |
| ) | |
| ADOLFO F. ABARCA, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

**PARTIES TO THE LITIGATION**

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and defendant ADOLFO F. ABARCA, by his attorney Mr. Hayes Gable and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday, April 20, 2010, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, July 20, 2010, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Tuesday, July 20, 2010.**

1

1    The defendants are in custody. There is no trial date set.

2    The Court has previously made a finding that this case, from the record made with factual
3    support, should have time excluded under local code T-4, that time is to be excluded for the
4    reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section
5    3161(h)(7)(B)(iv), of the speedy trial act. (See Docket Entry # 9, 10, 17, 20, 21, 23, 25, 27, 29, 31
6    and 34)

## PROCEDURAL STATUS OF THE CASE

8    The defendants have been reviewing the government's plea offers, reviewing and researching
9    the advisory Sentencing guidelines and doing investigation in the case. All parties agree additional
10   time is needed and that the ends of justice will be served, by granting this continuance to allow
11   further good faith negotiations between all parties in an attempt to resolve this matter short of trial
12   (which would be a cost savings both to the government and the Court) and could be in the best
13   interests of the defendants. All parties agree that excluding time under the Speedy Trial Act is
14   appropriate and the ends of justice are served by the Court excluding time, and all parties agree that
15   the interests of justice served by granting this continuance outweigh the best interests of the public
16   and the defendant in a speedy trial so that counsel for the defendants may have reasonable time
17   necessary for effective defense in this case, taking into account the exercise of due diligence and
18   pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and local code T-4.

19   The defendants' potentially face a sentence close to 20 years in federal prison, or more,
20   based upon the Indictment and potentially the Advisory Sentencing Guidelines. This requires further
21   investigation and discussion with the client's along with further investigation of the facts of the case
22   in order for the defendants to make a knowing and intelligent decision in the case.

23   In addition, the defense is in the process of obtaining records which will materially aid in the
24   discussions with the government about potential resolution in this case. The additional time is
25   needed to ensure that these documents are obtained by the defense, reviewed, forwarded to the
26   government and then continue the good faith negotiations with the government regarding resolution
27   of this case.

2

**STATUS OF DISCOVERY IN THE CASE**

The government has provided discovery in this case which the defense is in the process of reviewing. Investigation is ongoing by the defense.

**EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **from April 20, 2010, to up to and including Tuesday, July 20, 2010, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv). All parties agree that excluding time under the Speedy Trial Act is appropriate and the ends of justice are served by the Court excluding time, and all parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendants may have reasonable time necessary for effective defense in this case, taking into account the exercise of due diligence and pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv) and local code T-4.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 4-15-10

/s/ Jason Hitt  by telephone  authorization
_____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 4-15-10

/s/Hayes Gable  by e mail  authorization
_____
Hayes Gable
Attorney for Defendant Adolfo F. Abarca

//
//
//

3

DATED: 4-15-10          /s/ James R. Greiner
_____
James R. Greiner, Attorney for Jose F. Abarca

## ORDER

    FOR GOOD CAUSE SHOWN, FOR THE REASONS STATED AND REPRESENTED HEREIN BY COUNSEL AND BY THE REPRESENTATIONS OF COUNSEL, IT IS SO ORDERED.

DATED: APRIL 16, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT