1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net
5
ATTORNEY FOR DEFENDANT
6 JOSE F. ABARCA

7

8       IN THE UNITED STATES DISTRICT COURT FOR THE

9            EASTERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,   )   CR.-S-08-00397---LKK
11                                 )
    PLAINTIFF,            )   STIPULATION AND ORDER
12                                 )   TO CONTINUE STATUS CONFERENCE
    v.                           )   TO JANUARY 25, 2011
13                                 )
ADOLFO  F. ABARCA, et al.   )
14                                 )
                                )
15     DEFENDANTS.          )
_____ )
16
                        **PARTIES TO THE LITIGATION**
17

18     Plaintiff United States of America, by its counsel, Assistant

19 United States Attorney, Mr. Jason Hitt,  and defendant ADOLFO F.

20 ABARCA,  by his attorney Mr. Hayes Gable and defendant JOSE F.

21 ABARCA,  by his attorney Mr. James R. Greiner, hereby stipulate and

22 agree that the status conference calendared for **Tuesday, October**

23 **19, 2010, at 9:15 a.m.** before the Honorable Senior United States

24 District Court Judge, Lawrence K. Karlton, may be continued to

25 **Tuesday, January 25, 2011, at 9:15 a.m..**

26     The Court's courtroom deputy, Ms. Ana Rivas has been contacted

27 to ensure the Court's calendar was available for that date and the

28
                               1

1  Court is available on **Tuesday, January 25,  2011.**

3     The defendants are in custody. There is no trial date set.
4     The Court has previously made a finding that this case,  from
5  the record made with factual support, should have time excluded
6  under local code T-4, that time is to be excluded  for the
7  reasonable time necessary for effective preparation by defense
8  counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the
9  speedy trial act. (See Docket Entry # 9, 10, 17, 20, 21, 23, 25,
10 27, 29, 36 and 39)

**PROCEDURAL STATUS  OF THE CASE**

12    The defendants have been reviewing the government's plea
13 offers, reviewing and researching the advisory Sentencing
14 guidelines and doing investigation in the case. All parties agree
15 additional time is needed and that the ends of justice will be
16 served, by granting this continuance  to allow further good faith
17 negotiations between all parties in an attempt to resolve this
18 matter short of trial (which would be a cost savings both to the
19 government and the Court) and could be in the best interests of the
20 defendants. All parties agree that excluding time under the Speedy
21 Trial Act is appropriate and the ends of justice are served by the
22 Court excluding time, and all parties agree that the interests of
23 justice served by granting this continuance outweigh the best
24 interests of the public and the defendant in a speedy trial so that
25 counsel for the defendants may have reasonable time necessary for
26 effective defense in this case, taking into account the exercise of
27 due diligence and pursuant to Title 18 U.S.C. section

2

3161(h)(8)(B)(iv) and local code T-4.

The defendants' potentially face a sentence close to 20 years in federal prison, or more, based upon the Indictment and potentially the Advisory Sentencing Guidelines. This requires further investigation and discussion with the client's along with further investigation of the facts of the case in order for the defendants to make a knowing and intelligent decision in the case.

In addition, the defense is in the process of obtaining records which will materially aid in the discussions with the government about potential resolution in this case. The additional time is needed to ensure that these documents are obtained by the defense, reviewed, forwarded to the government and then continue the good faith negotiations with the government regarding resolution of this case.

### STATUS OF DISCOVERY IN THE CASE

The government has provided discovery in this case which the defense is in the process of reviewing. Investigation is ongoing by the defense.

### EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **from October 19, 2010, to up to and including Tuesday, January 25, 2011, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv). All parties agree that excluding time under the Speedy Trial Act is appropriate and the ends of justice are served by the Court excluding time, and all parties agree that the interests of justice served by granting this

1 continuance outweigh the best interests of the public and the
2 defendant in a speedy trial so that counsel for the defendants may
3 have reasonable time necessary for effective defense in this case,
4 taking into account the exercise of due diligence and pursuant to
5 Title 18 U.S.C. section 3161(h)(7)(B)(iv) and local code T-4.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 10-15-10     /s/ Jason Hitt by telephone authorizatio
Jason Hitt
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 10-15-10     /s/Hayes Gable by e mail authorization
Hayes Gable
Attorney for Defendant Adolfo F. Abarca

DATED: 10-15-10     /s/ James R. Greiner
James R. Greiner, Attorney for Jose F. Abarca

**ORDER**

**FOR GOOD CAUSE SHOWN, FOR THE REASONS STATED AND REPRESENTED HEREIN BY COUNSEL AND BY THE REPRESENTATIONS OF COUNSEL, IT IS SO ORDERED.**

DATED: OCTOBER 18, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4