1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net
5
ATTORNEY FOR DEFENDANT
6 JOSE F. ABARCA

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,           )    CR.-S-08-00397---LKK
11                                   )
        PLAINTIFF,                   )    STIPULATION AND ORDER
12                                   )    TO CONTINUE STATUS CONFERENCE
     v.                              )    TO MARCH 22, 2011
13                                   )
ADOLFO F. ABARCA, et al.,            )
14                                   )
                                     )
15      DEFENDANTS.                  )
_____      )
16

17     Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

18 Jason Hitt, and defendant ADOLFO F. ABARCA, by his attorney Mr. Hayes Gable and defendant

19 JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status

20 conference calendared for **Tuesday, January 25, 2011, at 9:15 a.m.** before the Honorable Senior

21 United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, March 22,**

22 **2011, at 9:15 a.m..**

23     The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's

24 calendar was available for that date and the Court is available on Tuesday, March 22, 2011.

25

26     The defendants are in custody. There is no trial date set.

27     The Court has previously made a finding that this case, from the record made with factual

28
                                              1

1  support, should have time excluded under local code T-4, that time is to be excluded for the
2  reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section
3  3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 9, 10, 17, 20, 21, 23, 29, 31, 33, 36,
4  39 and 41).

## FACTUAL BASIS FOR CONTINUANCE

7  The parties are continuing their good faith efforts in attempting to resolve this case short of
8  trial, which if accomplished would be a cost savings to all involved and would allow the Court and
9  the government to expend its resources on other matters.

10  All of the parties are acting in good faith attempting to accomplish this resolution short of
11  trial, and agree that this period of time is both reasonable and necessary and outweighs all other
12  factors for a speedy trial on behalf of both the government and the defendants.

13  Counsel for all parties stipulate that the ends of justice are served by the Court excluding
14  such time, so that counsel for each defendant may have reasonable time necessary for effective
15  preparation, taking into account the exercise of due diligence, 18U.S.C. section 3161(h)(7)(B)(iv),
16  and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A) and Local Code T-4.

17  The parties stipulate and agree that time under the Speedy Trial Act shall
18  continue be excluded **up to and including Tuesday, March 22, 2011, under** the
19  Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and
20  Title 18 U.S.C. section 3161(h)(8)(B)(iv).

23                              Respectfully submitted,
                                BENJAMIN B. WAGNER
24                              UNITED STATES ATTORNEY

26  DATED: 1-19-11              /s/ Jason Hitt  by telephone  authorization
                                Jason Hitt
                                ASSISTANT UNITED STATES ATTORNEYS
27                              ATTORNEY FOR THE PLAINTIFF

2

1 | DATED: 1-19-11

/s/Hayes Gable  by telephone  authorization
Hayes Gable
Attorney for Defendant
Adolfo F. Abarca

4 | DATED: 1-19-11

/s/ James R. Greiner
James R. Greiner
Attorney for Defendant
Jose F. Abarca

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: January 21, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3