**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JOSE F. ABARCA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ADOLFO F. ABARCA, et al., ) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.-S-08-00397---LKK <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS CONFERENCE <br> TO JUNE 7, 2011 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and defendant ADOLFO F. ABARCA, by his attorney Mr. Hayes Gable and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday, March 22, 2011, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, June 7, 2011, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, June 7, 2011.

1

1  The defendants are in custody. There is no trial date set.

2  The Court has previously made a finding that this case, from the record made
3  with factual support, should have time excluded under local code T-4, that time is to
4  be excluded for the reasonable time necessary for effective preparation by defense
5  counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See
6  Docket Entry # 9, 10, 17, 20, 21, 23, 29, 31, 33, 36, 39 and 41).

## FACTUAL BASIS FOR CONTINUANCE

9  The parties are continuing their good faith efforts in attempting to resolve this
10 case short of trial, which if accomplished would be a cost savings to all involved and
11 would allow the Court and the government to expend its resources on other matters.

12 All of the parties are acting in good faith attempting to accomplish this
13 resolution short of trial, and agree that this period of time is both reasonable and
14 necessary and outweighs all other factors for a speedy trial on behalf of both the
15 government and the defendants.

16 Defense counsel Hayes Gable is currently in a Death Penalty trial and is
17 unavailable and the time requested should be sufficient for Mr. Gable to finish the
18 death penalty trial.

19 Counsel for all parties stipulate that the ends of justice are served by the Court
20 excluding such time, so that counsel for each defendant may have reasonable time
21 necessary for effective preparation, taking into account the exercise of due diligence,
22 18U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18
23 U.S.C. section 3161(h)(7)(A) and Local Code T-4.

24
25 The parties stipulate and agree that time under the Speedy Trial Act shall
   continue be excluded **up to and including Tuesday, June 7, 2011, under** the
26 Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and
27 Title 18 U.S.C. section 3161(h)(8)(B)(iv).

28

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Hitt  by e mail  authorization

DATED: 3-17-11                _____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 3-17-11

/s/Hayes Gable  by e mail  authorization
_____
Hayes Gable
Attorney for Defendant
Adolfo F. Abarca

DATED: 3-17-11                /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Jose F. Abarca

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: March 25, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT