1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net
5
ATTORNEY FOR DEFENDANT
6 JOSE F. ABARCA

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,    )    CR.S-08-00397 LKK
11                            )
     PLAINTIFF,               )    STIPULATION AND ORDER
12                            )    TO CONTINUE STATUS CONFERENCE
     v.                       )    TO JULY 12, 2011
13                            )
ADOLFO  F. ABARCA, et al.,    )
14                            )
                              )
15     DEFENDANTS.             )
_____)
16

17     Plaintiff United States of America, by its counsel, Assistant

18 United States Attorney, Mr. Jason Hitt,  and defendant ADOLFO F.

19 ABARCA,  by his attorney Mr. Hayes Gable and defendant JOSE F.

20 ABARCA,  by his attorney Mr. James R. Greiner, hereby stipulate and

21 agree that the status conference calendared for **Tuesday, June 7**

22 **2011,  at 9:15 a.m.** before the Honorable Senior United States

23 District Court Judge, Lawrence K. Karlton, may be continued to

24 **Tuesday, July 12,  2011,  at 9:15 a.m..**

25     The Court's courtroom deputy, Ms. Ana Rivas, has been

26 contacted to ensure the Court's calendar was available for that

27 date and the Court is available on Tuesday, June 7, 2011.

28
                                1

1   The defendants are in custody. There is no trial date set.
2   The Court has previously made a finding that this case, from
3 the record made with factual support, should have time excluded
4 under local code T-4, that time is to be excluded  for the
5 reasonable time necessary for effective preparation by defense
6 counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the
7 speedy trial act. (See Docket Entry # 9, 10, 17, 20, 21, 23, 29,
8 31, 33, 36, 39 and 41).

**FACTUAL BASIS FOR CONTINUANCE**

11   The parties are continuing their good faith efforts in
12 attempting to resolve this case short of trial, which if
13 accomplished would be a cost savings to all involved and would
14 allow the Court and the government to expend its resources on other
15 matters.
16   All of the parties are acting in good faith attempting to
17 accomplish this resolution short of trial, and agree that this
18 period of time is both reasonable and necessary and outweighs all
19 other factors for a speedy trial on behalf of both the government
20 and the defendants.
21   Defense counsel Hayes Gable is currently in a Death Penalty
22 trial and is unavailable and the time requested should be
23 sufficient for Mr. Gable to finish the death penalty trial.
24   Counsel for all parties stipulate that the ends of justice are
25 served by the Court excluding such time, so that counsel for each
26 defendant may have reasonable time necessary for effective
27 preparation, taking into account the exercise of due diligence,

2

18 U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A) and Local Code T-4.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded up to and including Tuesday, July 12, 2011, under the Speedy Trial Act under Local Code T-4 (time for defense counsel preparation) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

```
                              Respectfully submitted,
                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

DATED: 4-18-11                /s/ Jason Hitt  by e mail  authorization
                              Jason Hitt
                              ASSISTANT UNITED STATES ATTORNEYS
                              ATTORNEY FOR THE PLAINTIFF
DATED: 4-18-11
                              /s/Hayes Gable  by e mail  authorization
                              Hayes Gable
                              Attorney for Defendant
                              Adolfo F. Abarca

DATED: 4-18-11                /s/ James R. Greiner
                              James R. Greiner
                              Attorney for Defendant
                              Jose F. Abarca
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: April 27, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3