**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JOSE F. ABARCA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-00397 LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO OCTOBER 25, 2011 |
| ) | |
| ADOLFO F. ABARCA, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and defendant ADOLFO F. ABARCA, by his attorney Mr. Hayes Gable and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday, July 12, 2011, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, October 25, 2011, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, October 25, 2011.

The defendants are in custody. There is no trial date set.

The Court has previously made a finding that this case, from the record made with factual

1

1  support, should have time excluded under local code T-4, that time is to be excluded for the
2  reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section
3  3161(h)(7)(B)(iv), of the speedy trial act and that the interest of justice outweighs both the public's
4  right and the defendants' right to a speedy trial.  (See Docket Entry # 9, 10, 17, 20, 21, 23, 29, 31,
5  33, 36, 39, 41, 43, 45 and 47).

## FACTUAL BASIS FOR CONTINUANCE

8       The parties are continuing their good faith efforts in attempting to resolve this case short of
9  trial, which if accomplished would be a cost savings to all involved and would allow the Court and
10 the government to expend its resources on other matters.
11      All of the parties are acting in good faith attempting to accomplish this resolution short of
12 trial, and agree that this period of time is both reasonable and necessary and outweighs all other
13 factors for a speedy trial on behalf of both the government and the defendants.
14      Defense counsel Hayes Gable is currently scheduled to begin a Death Penalty trial at the
15 beginning of August, 2011, and is unavailable for a period of time and the time requested is
16 estimated in good faith to be sufficient for Mr. Gable to finish the death penalty trial. Defense
17 counsel James R. Greiner is currently scheduled to begin a Federal trial at the beginning of
18 September to last approximately two weeks.
19      In addition, the defense is still investigating the case facts, the defense is still reviewing all
20 possible leads with the individual defendants, the defense is still reviewing the discovery while
21 conferencing with the individual clients, and the defense is still reviewing both the proposed plea
22 agreements and the advisory Sentencing Guidelines with the individual defendants.
23      Counsel for all parties stipulate that the interest of justice outweighs the interest of both the
24 public's right and the defendants' right to a speedy trial and that the Court excluding such time, so
25 that counsel for each defendant may have reasonable time necessary for effective preparation, taking
26 into account the exercise of due diligence, 18U.S.C. section 3161(h)(7)(B)(iv), and therefore time
27 should be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T-4.
28

2

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Tuesday, October 25, 2011, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

                                          Respectfully submitted,
                                          BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY

                                          /s/ Jason Hitt  by e mail  authorization

DATED: 7-6-11                    _____
                                          Jason Hitt
                                          ASSISTANT UNITED STATES ATTORNEYS
                                          ATTORNEY FOR THE PLAINTIFF

DATED: 7-6-11

                                          /s/Hayes Gable  by e mail  authorization
                                          _____
                                          Hayes Gable
                                          Attorney for Defendant
                                          Adolfo F. Abarca

DATED: 7-6-11                    /s/ James R. Greiner
                                          _____
                                          James R. Greiner
                                          Attorney for Defendant
                                          Jose F. Abarca

## ORDER

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds that the interest of justice outweighs both the public's right and the defendants' right to a speedy trial in this case based on the following facts:

1- The individual defense counsel are continuing to review the discovery in this case, continuing to have discussions with their individual client's about the facts of the case and the discovery in the case, the defense counsel are still investigating the case based on the discovery and the conferences with their individual clients, so that counsel for each

3

defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

2- The individual defense counsel are doing legal research into the advisory Sentencing Guidelines as they may apply to the individual facts of this case so as to adequately advise and counsel their individual clients;

3- Each defense counsel is scheduled to be in a prior set jury trial during this time period**:**

4- Each party is actively engaged in plea negotiations in a good faith attempt to resolve this case short of trial;

5- Based on the facts of this individual case the time requested is reasonable in light of the exercise of due diligence by counsel**;**

Therefore, time is excluded under the Speedy Trial Act from Tuesday, July 12 to and including Tuesday, October 25, 2011, under the Speedy Trial Act under Local Code T-4 (time for defense counsel preparation) and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: July 8, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4