BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-0397 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER FOLLOWING STATUS CONFERENCE AND EXCLUDING TIME AS TO DEFENDANT JOSE ABARCA |
| v. | ) | |
| JOSE ABARCA, et al., | ) | |
| Defendants. | ) | |

The Court held a status conference in this case on January 31, 2012. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and counsel James R. Greiner, Esq., appeared on behalf of defendant Jose ABARCA.[1] The defendant was present in custody. He was assisted by a court-certified Spanish-language interpreter.

During the hearing, counsel for the defendant requested a continuance of the case in order to review the defendant's criminal history and anticipated sentencing guideline exposure if a guilty plea is entered. The defense counsel also indicated that if a guilty plea is not entered by the next court appearance, the parties

---

[1] The Court accepted the guilty pleas of co-defendant Adolfo ABARCA during a hearing held on the same date. Defendant Jose ABARCA is the only remaining defendant in this case.

1  would seek a trial date.  The Court granted the request of the
2  parties and ordered the matter be placed on calendar on February 14,
3  2012, at 9:15 a.m. for entry of plea or setting of a trial date.
4  The Court further found that the time between January 31, 2012, and
5  February 14, 2012, should be excluded from calculation of the Speedy
6  Trial Act because Mr. Greiner needs additional time to review his
7  client's criminal history, calculate his anticipated sentencing
8  exposure, and prepare for trial if a negotiated resolution is not
9  reached.  The Court therefore found that time between January 31,
10 2012, and February 14, 2012, should be excluded under the Speedy
11 Trial Act because the ends of justice are served by the Court
12 excluding such time, and agreed that the interests of justice served
13 by granting this continuance outweigh the best interests of the
14 public and the defendant in a speedy trial so that a new lawyer
15 could be appointed to represent the defendant and have reasonable
16 time to prepare an effective defense in this case, taking into
17 account the exercise of due diligence the in the interests of
18 justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
19      Therefore, IT IS HEREBY ORDERED that:
20      (1)  A further status conference for defendant Jose ABARCA is
21 set for February 14, 2012, at 9:15 a.m.; and
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28      (2)  Time is excluded from calculation under the Speedy Trial

Act up to, and including, February 14, 2012, at 9:15 a.m. The Court further finds that the ends of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: February 2, 2012

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT