**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JOSE F. ABARCA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-0397 LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE JUDGMENT AND |
| v. ) | SENTENCING TO TUESDAY, |
| ) | JULY 24, 2012 |
| JOSE F. ABARCA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the judgment and sentencing calendared for **Tuesday, July 10, 2011, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, July 24, 2012, at 9:15 a.m..**

    The Court's courtroom deputy, Ms. Michele Krueger, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, July 24, 2012.

    In addition, the parties have agreed to modify the schedule of disclosure for the pre-sentence report as follows:

1

| | |
|---|---|
| Judgment and Sentencing date | July 24, 2012 |
| Reply date | July 17, 2012 |
| Correction date | July 10, 2012 |
| Report date | July 3, 2012 |
| Objection date | June 26, 2012 |

The defendant is in custody, this has been discussed with him and the defendant is in agreement with this continuance. Probation is in agreement with this schedule.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-20-12

/s/ Jason Hitt  by e mail  authorization
_____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 6-20-12        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Jose F. Abarca

2

**ORDER**

Based on the agreement and stipulations of the parties the Court finds them to be reasonable and adopts them as follows:

| | |
|---|---|
| Judgment and Sentencing date | July 24, 2012 |
| Reply date | July 17, 2012 |
| Correction date | July 10, 2012 |
| Report date | July 3, 2012 |
| Objection date | June 26, 2012 |

The Court vacates the Judgment and Sentencing date of Tuesday, July 10, 2012 and resets the Judgment and Sentencing date to Tuesday, July 24, 2012, at 9:15 a.m.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: June 20, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3