1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  JOSE F. ABARCA

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,   )   CR.-S-08-00397---LKK
11                             )
        PLAINTIFF,              )   STIPULATION AND ORDER
12                             )   TO CONTINUE JUDGMENT AND
        v.                     )   SENTENCING TO WEDNESDAY,
13                             )   SEPTEMBER 5, 2012
   JOSE F. ABARCA, et al.,     )
14                             )
                               )
15      DEFENDANTS.             )
   _____)
16

17      Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

18 Jason Hitt, and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby

19 stipulate and agree that the judgment and sentencing calendared for **Tuesday, July 24, 2011, at**

20 **9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton,

21 may be continued to **Wednesday, September 5, 2012, at 9:15 a.m..**

22      The Court's courtroom deputy has been contacted to ensure the Court's calendar was

23 available for that date and the Court is available on Wednesday, September 5, 2012.

24      In addition, the parties have agreed to modify the schedule of disclosure for the pre-sentence

25 report as follows:

26

27         Judgment and Sentencing date                         September 5, 2012

28
                                          1

| | |
|---|---|
| Reply date | August 28, 2012 |
| Correction date | August 21, 2012 |
| Report date | August 14, 2012 |
| Objection date | August 7, 2012 |

Probation is in agreement with this schedule.

<pre>
                              Respectfully submitted,
                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

DATED: 7-16-12
                              /s/ Jason Hitt  by e mail  authorization
                              _____
                              Jason Hitt
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF

DATED: 7-16-12                /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant
                              Jose F. Abarca
</pre>

**ORDER**

Based on the agreement and stipulations of the parties the Court finds them to be reasonable and adopts them as follows:

| | |
|---|---|
| Judgment and Sentencing date | September 5, 2012 |
| Reply date | August 28, 2012 |
| Correction date | August 21, 2012 |
| Report date | August 14, 2012 |
| Objection date | August 7, 2012 |

The Court vacates the Judgment and Sentencing date of Tuesday, July 24, 2012 and resets the Judgment and Sentencing date to Wednesday, September 5, 2012, at 9:15 a.m..

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: July 19, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3